**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

| | |
|---|---|
| **ANA YINET GARCIA DE MOGOLLON #A240-809-919** | **CASE NO. 6:26-CV-03119 SEC P** |
| **VERSUS** | **JUDGE JAMES D. CAIN, JR.** |
| **SOUTH LOUISIANA I C E PROCESSING CENTER** | **MAGISTRATE JUDGE CAROL B. WHITEHURST** |

# JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and noting the lack of objections;

**IT IS ORDERED, ADJUDGED AND DECREED** that the instant petition be **DISMISSED WITHOUT PREJUDICE**.

**THUS DONE AND SIGNED** in Chambers on the 13th day of November, 2026.

**JAMES D. CAIN, JR.**
**UNITED STATES DISTRICT JUDGE**